B6F (Official Form 6F) (12/07)

In re **Gwendolyn D. Graham**, Case No. **15-30764**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4331 / All Accounts**  **Value City**  **PO Box 965036**  **Orlando, FL 32896** | | - | **Open Account** | | | | **1,452.61** |
| Account No. **3054 / All Accounts**  **Walmart**  **PO Box 965024**  **Orlando, FL 32896** | | - | **Open Account** | | | | **1,100.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal (Total of this page) | **2,552.61** |
| | | | | | | Total (Report on Summary of Schedules) | **2,552.61** |

# United States Bankruptcy Court
### Southern District of Illinois

In re  **Gwendolyn D. Graham**                                                                  Case No.  **15-30764**
                                                Debtor(s)                                        Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date:  **August 4, 2015**                                        **/s/ Gwendolyn D. Graham**
                                                                **Gwendolyn D. Graham**
                                                                Signature of Debtor

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | CASE NO.: 15-30764 |
| | ) | SS |
| CITY OF BELLEVILLE | ) | Chapter 7 |

Mary Hicks, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Madison County, Illinois.

On August 5, 2015, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Amended Schedule F and Verification of Creditor Matrix.**

The Deponent served electronically the **Amended Schedule F and Verification of Creditor Matrix** to the following parties:

U.S. Trustee
U.S. Bankruptcy Court
Dana Frazier
and served by mail to the following parties

| GWENDOLYN D. GRAHAM<br>1420 NORTH 17TH STREET<br>APT 14<br>SWANSEA, IL 62226 | VALUE CITY<br>PO BOX 965036<br>ORLANDO, FL 32896 | WALMART<br>PO BOX 965024<br>ORLANDO, FL 32896 |
|---|---|---|

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Mary Hicks